# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 114

| | |
|---|---|
| BRADFORD ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CITY OF ASHEVILLE, et al., | ) |
| | ) |
| Defendants. | ) |

Pending before the Court is pro se Plaintiff's Motion to Compel [# 22]. After reviewing the motion and the memorandum in opposition [# 24], the Court finds, pursuant to Fed. R. Civ. P. 26(a)(1)(B)(iv), that Plaintiff's motion must be denied.

Accordingly, the Court **DENIES** the motion [# 22].

Signed: January 30, 2018

Dennis L. Howell
United States Magistrate Judge