# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 114

| | |
|---|---|
| BRADFORD ALLEN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     ORDER<br>) |
| CITY OF ASHEVILLE, et al., | )<br>) |
| Defendants. | )<br>) |

Before the Court is the Motion to Appoint a Mediator [# 49] filed by Defendants. It appears that Plaintiff has refused to participate in the selection of a mediator. After reviewing the motion, pleadings, and filings in this case, the Court will—on its own motion—dispense with the requirement of mediation.

Therefore, the Court **DENIES** the motion [# 49]. The Court **ORDERS** that mediation is not required in this case. The parties may conduct mediation by agreement but they are <u>not</u> required to do so.

Signed: April 19, 2018

Dennis L. Howell
United States Magistrate Judge