# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00114-MR-DLH

| | |
|---|---|
| BRADFORD ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CITY OF ASHEVILLE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the "Plaintiff's Motion for Voluntary Dismissal Without Prejudice" [Doc. 57].

The Plaintiff seeks dismissal of this action without prejudice. The Defendants have not opposed the Plaintiff's motion. Upon review of the Plaintiff's motion, and for cause shown, the Court will grant the motion and dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 57] is **GRANTED**, and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: July 18, 2018

Martin Reidinger
United States District Judge